```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,              :

       -against-                       :       17 Cr. 21 (WHP)

Bradford Cannon,                       :       ORDER
                       Defendant.      :
------------------------------------------------------------X
```

WILLIAM H. PAULEY III, United States District Judge:

        The Government is to reply to Defendant's letter, ECF no. 512 by April 3, 2020.

Dated: New York, New York
       March 17, 2020

SO ORDERED:

_____
WILLIAM H. PAULEY III
U.S.D.J.