UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,                          :

        -against-                                                 :            17-CR-21 (WHP)

Bradford Cannon,                                              :            ORDER

        Defendant.                       :
------------------------------------------------------------X

WILLIAM H. PAULEY III, United States Senior District Judge:

        Anthony Cecutti, Esq. is appointed represent the Defendant to pursue any applications for release relating to the COVID-19 pandemic.

Dated: August 14, 2020
       New York, New York

SO ORDERED:

_____
WILLIAM H. PAULEY III
U.S.D.J.