UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,                   :

       -against-                                      :          17 Cr. 21 (WHP)

Bradford Cannon,                                        :          <u>ORDER</u>
                      Defendant.           :
------------------------------------------------------------X

WILLIAM H. PAULEY III, United States District Judge:

       This Court will hold a teleconference on Monday, December 28, 2020 at 9:30 a.m. The dial-in number is 888-363-4749, passcode 3070580.

Dated: December 17, 2020
       New York, New York

SO ORDERED:

_____
WILLIAM H. PAULEY III
U.S.D.J.